# Court of Appeals
# of the State of Georgia

ATLANTA,  December 16, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1194. GRIFFETH v. THE STATE.**

After we granted appellant's application for interlocutory appeal from an order revoking his pretrial bond, appellant filed his notice of appeal below. On March 16, 2021, the appeal was docketed as our Case No. A21A1194.

Having reviewed the entire record and the relevant law, we now DISMISS the appeal as IMPROVIDENTLY GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/16/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*